ACCEPTED
03-15-00505-CV
6918209
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 4:34:37 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00505-CV

IN THE COURT OF APPEALS
FOR THE THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 4:34:37 PM
JEFFREY D. KYLE
Clerk

LAURA PRESSLEY,

APPELLANT

VS.

GREGORIO "GREG" CASAR,

APPELLEE

UNOPPOSED MOTION FOR CONSOLIDATION
& CLARIFICATION OF BRIEFING SCHEDULE

TO THE HONORABLE COURT OF APPEALS:

Now comes David Rogers, Appellant and moves this court to consolidate the following cases: 03-15-00368-CV *Laura Pressley v. Gregorio "Greg" Casar* and 03-15-00505-CV *Laura Pressley v. Gregorio "Greg" Casar.* The two cases are appropriate for consolidation for the following reasons:

1.      The two cases involve common questions of fact because both arise from the same factual situation; namely, the election for the office of Austin City Council, District 4 held on December 16, 2014 and canvassed on December 30, 2014. In addition, both cases appeal judgments from Travis County District Court case D-1-GN-15-000374.  The first appeal involves a judgment against Pressley in the election contest, subsequently amended to include a later judgment for sanctions against Pressley.  The second appeals involves a judgment for sanctions against Pressley's counsel

2.    Under Texas Election Code 232.015, the Court of Appeals MAY accelerate the appeal in a contest of a general election. 03-15-00368-CV has been denominated as an accelerated appeal by Appellant, but no order from this Court or the trial court has been issued denominating that appeal or this appeal or the trial as accelerated. We therefore seek clarification of the schedule, and an order entered based on normal application of rules.

3.    Judicial convenience and economy will be promoted by consolidation of the actions. Consolidation will result in one appeal. This will save time and avoid unnecessary costs and duplication of effort for the Appellants, the Appellees, and this Court.

PRAYER

For these reasons, David Rogers requests that this court grant his motion for consolidation and clarification of the scheduling order.

Respectfully submitted,

*/s/ David Rogers___*
David Rogers
SBN: 24014089
1201 Spyglass Drive, Suite 100
Austin, Texas 78746
(512) 923-1836
(512) 201-4082
firm@darogerslaw.com

CERTIFICATE OF CONFERENCE

Please be advised that the undersigned has conferred with opposing counsel on September 14, 2015 regarding this motion, and the parties are unopposed.

                                              __/s/ David Rogers_____
                                              David Rogers


                                    CERTIFICATE OF SERVICE

        This is to certify that a true and correct copy of the above and foregoing
has been served by efile and/or facsimile to the following persons on this 14th
day of September 2015.


Mark Cohen
SBN: 04508400
805 W. 10th Street, Suite 100
Austin, Texas 78701
(512) 474-4424
(512) 472-5444 fax
mark@cohenlegalservices.com

ATTORNEY FOR APPELLANT
LAURA PRESSLEY

Kurt Kuhn
SBN: 24002433
KUHN HOBBS PLLC
3307 Northland Drive, # 310
Austin, Texas 78731
(512) 476-6000
(512) 476-6002 fax
kurt@KuhnHobbs.com

Charles 'Chuck' Herring, Jr.
SBN: 09534100
Herring & Irwin, L.L.P
1411 West Avenue, Suite 100
Austin, Texas 78701
(512) 320-0665
(512) 519-7580 fax
cherring@herring-irwin.com

ATTORNEYS FOR APPELLEE
GREGORIO "GREG" CASAR

                                              __/s/ David Rogers_____
                                              David Rogers